UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THEUNE MEKAVONG,<br><br>　　　　　Defendant. | Case No. CR07-048-JLR<br><br>DETENTION ORDER |

Offenses charged:

　　Count 1: Conspiracy to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

　　Count 2: Possession of Cocaine Base with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

　　Counts 3 and 5: Possession of Cocaine Base with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

Date of Detention Hearing: March 2, 2007.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　(1)　The defendant is presently in custody in the King County Jail.

(2) Defendant has not been interviewed by Pretrial Services and, therefore, his ties and contacts to this community or to the Western District of Washington are unknown.

(3) Due to his detention at the King County Jail, defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in

(4) Defendant is a flight risk and a danger to the community based on the nature of the pending charges. There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings or address issues of safety.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of March, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

18 U.S.C. § 3142(i)
PAGE 2

15.13
Rev. 1/91