UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
        Plaintiff, )
        v. )
        ) Case No. CR07-48-JLR
THEUNE MEKAVONG, )
        Defendant. ) DETENTION ORDER
_____ ) Material Witness
In re Material Witness: )
LINDA HEU )
_____ )

Offense charged: Material Witness

Date of Detention Hearing: May 15, 2012

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and 3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that detention is necessary to adequately secure the testimony of the material witness, and to prevent a failure of justice.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      (1)    Ms. Heu was arrested on a material witness warrant in the matter of <u>United States of America v. Theune Mekavong</u>, CR07-48-JLR, after she failed to appear after being

DETENTION ORDER                                  15.13
18 U.S.C. § 3142(i)                        Rev. 1/91
PAGE 1

served with a subpoena. She made her initial appearance in this Court on May 15, 2012.

  (2) The United States has moved to detain Ms. Heu pursuant to 18 U.S.C. § 3144 a reasonable period until her testimony can be taken pursuant to the Federal Rules of Criminal Procedure.

  (3) The Court finds that further detention is necessary to prevent a failure of justice. The material witness will be detained until her testimony can adequately be secured.

  It is therefore ORDERED:

  (1) The material witness shall be detained pending the taking of her testimony and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2) The material witness shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which material witness is confined shall deliver the material witness to a United States Marshal for the purpose of an appearance in connection with a court proceeding or for providing testimony in connection with a case pending in this court; and

  (4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the material witness, to the United States Marshal, and to the United States Pretrial Services Officer.

  DATED this 15th day of May, 2012.

*James P. Donohue*
James P. Donohue
United States Magistrate Judge